# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUELA CHAVEZ,

    Plaintiff,

v.

PETSMART LLC,

    Defendant.

Case No. 2:22-cv-1602-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 16, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 2, 2022

                              Nancy J. Koppe
                              United States Magistrate Judge