UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANUELA CHAVEZ,<br><br>  Plaintiff,<br><br>v.<br><br>PETSMART, LLC, et al,<br><br>  Defendants. | Case No. 2:22-cv-01602-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 13] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 13. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, the parties seek a 265-day period based on generalized assertions regarding the need to obtain out of state evidence and Plaintiff's medical records. Docket No. 13 at 2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request makes no specific showing at all and, instead, simply cites generalizations that could be made about all litigation in federal court. Additionally, the parties fail to include all the necessary certifications required by Local Rule 26-1(b).

Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by December 27, 2022. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendant's answer or first appearance. The parties must also include all the necessary certifications required by Local Rule 26-1(b).

IT IS SO ORDERED.

Dated: December 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1