# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MANUELA CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PETSMART, LLC, et al,<br><br>    Defendants. | Case No. 2:22-cv-01602-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 15] |

    Pending before the Court is the parties' renewed joint proposed discovery plan. Docket No. 15. The renewed joint proposed discovery plan contains the same deficiencies noted in the Court's prior order. *See* Docket No. 14.

    Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by January 4, 2023. The parties must carefully review this Court's prior orders and the Local Rules prior to refiling their joint proposed discovery plan.

    IT IS SO ORDERED.

Dated: December 27, 2022

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge

1