Jay Kenyon, Esq., NV Bar No. 6376
Yan Kenyon
7881 W Charleston Blvd, Suite 165
Las Vegas, NV 89117
Telephone: 702.888.0000
jay@yan-kenyon.com
Attorneys for Defendant,
PETSMART LLC

# UNITED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUELA CHAVEZ, individually<br><br>     Plaintiff,<br><br>v.<br><br>PETSMART, LLC; ROE CORPORATIONS, I through X, inclusive; and DOES I through X, inclusive, | CASE NO. 2:22-cv-1602<br><br>**STIPULATION AND ORDER GRANTING DEFENDANT LEAVE TO FILE BRIEF IN REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:   August 8, 2022<br>Trial Date:             None |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the date the Defendants may file a Reply to Plaintiff's Response [27] to the Defendant's Motion for Summary Judgment [26] from August 28, 2023 until and including September 5, 2023.

The Reply brief was mis-calendared by Defense counsel, and the Plaintiff's counsel is willing to extend the instant professional courtesy.

///

///

///

1
**STIPULATION AND ORDER**

The Motion Hearing set on a stacked calendar for September 19, 2023. The extension will not require a continuance of the hearing and the parties are not delaying the conclusion of this matter by way of trial or otherwise.

| | |
|---|---|
| BOYACK LAW GROUP | YAN KENYON |
| */s/ Bryan Boyack* | */s/ Jay Kenyon* |
| Bryan Boyack, NV Bar 9980 | Jay Kenyon, NV Bar No. 6376 |
| 1707 Village Center Circle, Suite 100 | 7881 West Charleston Blvd., Suite 165 |
| Las Vegas NV 89134 | Las Vegas, NV 89117 |
| *Counsel for Plaintiff, Manuela Chavez* | *Attorneys for Defendant, PETSMART LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

September 6, 2023
nunc pro tunc to August 28, 2023